IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL D. HAMPTON,

      Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                      Case No. 15-cv-183-bbc

STATE OF WISCONSIN,

      Respondent.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that the petition of Darryl D. Hampton for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for petitioner's failure to exhaust his administrative remedies in state court.

| /s/ | 6/11/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |